6496. MALSBY CO. *v.* CENTRAL OF GEORGIA RAILWAY CO.

WADE, J. The appellate division of the municipal court of Atlanta is without power, when setting aside a verdict or judgment rendered in the trial division, to enter up final judgment in the case. The judgment of the appellate division in this case must therefore be reversed. *Cheshire* v. *Western Union Tel. Co.,* 16 *Ga. App.* 790 (86 S. E. 405).

*Judgment reversed.*

DECIDED DECEMBER 6, 1915.

Complaint; from municipal court of Atlanta. March 20, 1915.
*A. M. Brand,* for plaintiff in error.
*Little, Powell, Smith & Goldstein, E. W. Moise,* contra.